PS8D
(09/20)

**Name of Defendant:** Steven Ernesto Castillo  January 30, 2023
**Docket No.:** 22CR2947-01  Page 1

PS8D
(09/20)  January 30, 2023

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Steven Ernesto Castillo  **Dkt No.:** 22CR2947-01

**Reg. No.:** 34288-510

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge (Matter referred to the Honorable Lupe Rodriguez, U.S. Magistrate Judge)

**Date Conditions Ordered:** December 2, 2022, before the Honorable Lupe Rodriguez, U.S. Magistrate Judge

**Charged Offense:** 8 USC 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Certain Aliens; Aiding and Abetting

**Conditions of Release:** *Mandatory Conditions:* The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a. *Standard Conditions:* The defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess a firearm, destructive device, or other dangerous weapon; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read the Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge an understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: San Diego County, Imperial County, do not enter Mexico. *Additional Conditions:* The defendant must execute an appearance bond in the amount of $25,000 that is secured by the co-signatures of one financially responsible and related adult with a cash deposit with the Court of 10% by the defendant or surety; the defendant must actively seek or continue full-time employment, schooling, or a combination of both; the defendant must reside with a family member, surety, or at a residence approved by Pretrial Services, including any contract facility; the defendant must submit to drug/alcohol testing no more than six times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.  Testing may include urine testing, the wearing of a sweat patch, or remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Pretrial Services need not notify the Court of test results attributed to residual elimination; and if tests are negative (or show only residual elimination of marijuana) for 60 days, no further testing is authorized.

**Modification:** None

**Date Released on Bond:** December 27, 2022

PS8D
(09/20)

**Name of Defendant:** Steven Ernesto Castillo  January 30, 2023
**Docket No.:** 22CR2947-01  Page 2

**Next Court Hearing:** March 3, 2023, at 10:00 a.m., for Sentencing

| | |
|---|---|
| **Asst. U.S. Atty.:** Laura C. Sambataro (619) 546-9613 | **Defense Counsel:** Grant L. Eddy (appointed) (619) 733-9133 |

**Prior Violation History:** None

---

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services Officer believes the defendant has violated the following conditions of pretrial release:

| **CONDITION** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| The defendant must not violate federal, state, or local law during the period of release. | 1. On January 28, 2023, the defendant commited domestic battery in violation of California Penal Code Section 243 (E) (1), as evidenced by the El Centro Police Department Incident Report 23E-02449. |
| | 2. On January 28, 2023, the defendant violated a court order to prevent domestic violence in violation of California Penal Code Section 273.6 (A), as evidenced by the El Centro Police Department Incident Report 23E-02449. |

*Grounds for revocation:*

Pretrial Services reviewed the Pretrial Release Order signed by your Honor, on December 2, 2022, which orders the defendant "must not violate federal, state, or local law during the period of release." On December 28, 2022, the defendant acknowledged an understanding of his conditions of pretrial release by signing the Pretrial Release Reporting Instructions.

On January 30, 2023, the undersigned received and reviewed the El Centro Police Department (ECPD) Incident Report 23E-02449 which indicates on January 28, 2023, at approximately 2:39 a.m., Officer Valencia, who was in full police uniform and on patrol, responded to a radio call of a domestic violence investigation on West Adams Avenue in El Centro, California.

The report notes Olivia Jones and the defendant are in a former dating relationship with a two-year old daughter in common and Ms. Jones is currently six-months pregnant with the defendant's second child. Ms. Jones has an active domestic violence order (order no. EDV000797, expiration date 07/14/2025) and an active restraining order (order no. BCM004844, expiration date 08/29/2023) against the defendant with their daughter added as a protected person.

Officer Valencia was driving westbound on Adams Avenue from Imperial Avenue when he was advised by dispatch Ms. Jones (victim/reporting party) was in a white Mercedes attempting to flag officers down.

Case 3:22-cr-02947-CAB  Document 47  Filed 01/31/23  PageID.163  Page 3 of 5

PS8D
(09/20)

| | |
|---|---|
| **Name of Defendant:** Steven Ernesto Castillo | January 30, 2023 |
| **Docket No.:** 22CR2947-01 | Page 3 |

Officer Valencia met with Ms. Jones at the Furniture Depot parking lot located at 522 N. Imperial Avenue. Ms. Jones stated the defendant was last seen near Imperial Avenue traveling in an unknown direction in his black Mercedes.

Ms. Jones stated earlier in the evening she was in Brawley, California celebrating the defendant's 20th birthday. Ms. Jones stated she left early because the defendant had been drinking alcohol and began causing a disturbance. Ms. Jones left to her residence located on West Adams Avenue, El Centro, California. Ms. Jones then stated the defendant came over to pick up his belongings when an argument ensued. Ms. Jones stated she took her daughter to the bedroom and laid down on the bed with her. Ms. Jones stated she was lying down on her right side shoulder and her daughter was next to her. Ms. Jones stated the defendant walked into the bedroom and tried to grab their daughter, but she blocked the defendant from grabbing their daughter by covering their daughter with the front of her body and left arm. Ms. Jones stated the defendant became upset and pulled her hair (Ms. Jones) with his hand. Ms. Jones stated, in self-defense, she grabbed her phone with her left hand and hit the defendant one time on his head by using an upwards striking motion. Ms. Jones stated the defendant then began to walk away and she went after the defendant demanding her keys. By the front door of the apartment, Ms. Jones stated the defendant pushed her away and Ms. Jones pushed him back. Ms. Jones reported she had an audio recording of the incident.

While interviewing Ms. Jones, Officer Valencia notified dispatch he had observed a black Mercedes driving at a high rate of speed northbound on Imperial Avenue from Adams Avenue. Officer Montalvo conducted a traffic stop on the matching vehicle in front of the Costco parking lot located at 2030 N. Imperial Avenue. Officer Montalvo detained the defendant pending the domestic violence investigation.

Officer Valencia took photographs of Ms. Jones' face, head, and dried up blood on her right hand. Officer Valencia also called Emergency Medical Services due to Ms. Jones being pregnant; however, Ms. Jones refused medical attention.

Officer Valencia then responded to the defendant's location. The defendant was read his Miranda rights and agreed to provide a statement. The defendant stated he was celebrating his birthday with his family and Ms. Jones in Brawley. The defendant stated he and Jones got into an argument and Ms. Jones left to her residence. The defendant stated he went to Ms. Jones' residence to pick up his belongings. The defendant stated when he arrived at Ms. Jones' residence, he packed his bags and put two bags outside the front door of the apartment and went back inside to retrieve a wooden basket. The defendant stated Ms. Jones grabbed the basket and threw it back inside the apartment and closed the door with the defendant still inside. The defendant stated he once again grabbed the basket, opened the door, and Ms. Jones hit the back of his head with her cell phone. The defendant stated Ms. Jones said she was going to call the police and he told her, "Go ahead, you are the one who hit me this time."

Officer Valencia asked the defendant if he was inside the bedroom with Ms. Jones and if anything happened. The defendant stated he went into the bedroom to kiss his daughter, but Ms. Jones covered his daughter. The defendant stated he got upset and argued with Ms. Jones but eventually he left. The defendant stated he never touched or hit Ms. Jones.

Officer Valencia noted the defendant obtained a small laceration to the rear left of his head with slight bleeding and the defendant refused any medical attention.

Officer Valencia met with Ms. Jones once again and asked her to show him the audio recording. The audio recorded of the incident was approximately three minutes long with most of it being background noise of the defendant allegedly packing his belongings. Throughout the audio, Officer Valencia hears a female voice, assumed to be Ms. Jones, asking the defendant for her keys; however, Ms. Jones does not get a response. Towards the final 15-20 seconds of the audio recording, Officer Valencia can hear

| | |
|---|---|
| **Name of Defendant:** Steven Ernesto Castillo | January 30, 2023 |
| **Docket No.:** 22CR2947-01 | Page 4 |

Ms. Jones say, "What are you coming in here for, you already took everything?" After, Officer Valencia can hear a faint male voice, assumed to be the defendant, getting louder and louder stating, "Shut the fuck up." Ms. Jones then says, "Get away from my kid. Don't hit me!" The audio recording ends at that point.

Officer Valencia asked Ms. Jones to provide the audio recording; however, she refused. Ms. Jones further indicted she did not wish to press any charges against the defendant. Based on the statements obtained and the evidence provided, Officer Valencia found the defendant to be the dominant aggressor. The defendant was arrested and booked at Imperial County Jail. Officer Valencia notes in the report this matter has been referred to the Imperial County District Attorney's office for review.

On January 30, 2023, the undersigned contacted the defendant's mother/surety, Ana Zavala. Ms. Zavala verified the defendant had been arrested and noted Ms. Jones posted the defendant's bail in an unknown amount.

The undersigned contacted the Imperial County Superior Court and was informed the temporary restraining order in civil matter EDV000797 was terminated on January 19, 2023; however, the restraining order in criminal matter BCM004844 remains active.

On January 30, 2023, the undersigned spoke with the defendant, and he indicated the above-mentioned incident was a "misunderstanding" and noted the restraining order was no longer in effect. The undersigned informed the defendant the restraining order associated with criminal case BCM004844 remains active and he was directed not to have contact with Ms. Jones and to return to his grandmother's home in Brawley, California. It is noted the defendant contacted the undersigned from Ms. Jones' cell phone. Additionally, the defendant admitted to driving unlicensed and consuming alcohol while being underaged.

## SUPERVISION ADJUSTMENT

The defendant commenced pretrial supervision a little over a month ago and has been supervised locally. During his time on bond, the defendant has drug tested on four occasions with negative results. The defendant has further reported he has enrolled for online classes with Desert Valley High School (verification pending) and remains unemployed. The defendant now finds himself before the Court for committing domestic battery and violating a restraining order. The defendant has further admitted to driving while unlicensed and consuming alcohol while underaged. Given this information, the defendant's adjustment to supervision has been poor and is assessed as a risk of danger to the community.

A computerized record check notes the defendant was arrested on January 28, 2023, by ECPD for Battery: Spouse/Ex Spouse/Date/Etc. and for Violate Court Order to Prevent Domestic Violence. Additionally, California DMV records indicate the defendant does not have a driver's license.

An inquiry of the Imperial County Superior Court reveals the defendant has a pending case for charges of Battery: Spouse/Ex-Spouse and Exhibiting a firearm, docket case number BCM004844, filed April 12, 2022, which predates the federal offense. A Pre-Trial and Setting of Jury Trial is set for February 21, 2023, at 9:00 a.m. The inquiry further notes the restraining order pertaining to case number BCM004844, remains active until August 29, 2025, naming Olivia Jones and her child as the protected people. It was served to the defendant on August 29, 2022.

PS8D
(09/20)

**Name of Defendant:** Steven Ernesto Castillo  January 30, 2023
**Docket No.:** 22CR2947-01  Page 5

## RECOMMENDATION/JUSTIFICATION

Given the allegations of non-compliance, Pretrial Services respectfully recommends for your Honor to issue a no bail bench warrant for the defendant's arrest and order him to show cause why his bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:** January 30, 2023

Respectfully submitted:  Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _/s/ Cynthia Cera_    _/s/ Teresa Salgado_
Cynthia Cera  Teresa Salgado
U.S. Pretrial Services Officer  Supervisory U.S. Pretrial Services Officer
(760) 339-4226
Place: El Centro, California

---

**THE COURT ORDERS:**

__X__  **AGREE,** issue a no bail bench warrant for the defendant's arrest, and order him to show cause why his bond should not be revoked.

_____  Other _____

_/s/_    1/31/23
The Honorable Lupe Rodriguez  Date
U.S. Magistrate Judge