PROB 12B  
(08/16)

April 17, 2023  
pacts id: 8237921

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Steven Ernesto Castillo (English)      **Dkt. No.:** 22CR02947-001-CAB

**Name of Sentencing Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Sentence:** 90 days' custody; 2 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 3, 2023

**Date Supervised Release Commenced:** April 12, 2023

**Prior Violation History:** None.

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Not enter or reside in the Republic of Mexico without permission of the court or probation officer, and comply with both United States and Mexican immigration laws.

PROB12B
Name of Offender: Steven Ernesto Castillo                                         April 17, 2023
Docket No.: 22CR02947-001-CAB                                                              Page 2

## CAUSE

During the initial meeting with the probation officer, Mr. Castillo requested permission to travel to Mexicali B.C., Mexico, to seek dental work which he is unable to afford in the United States, as well as to periodically visit his father who lives in Mexicali. Mr. Castillo's initial request to travel to Mexicali was denied since travel to Mexico was not addressed at sentencing. He was explained the need to seek a modification of his conditions of release in order to travel into Mexico. The probation officer has no opposition to this request. However, permission to travel to Mexicali will only be authorized by the probation officer should Mr. Castillo remain in compliance with supervision requirements at the time of his request. Therefore, the probation officer hereby requests that Mr. Castillo's conditions of supervision be modified, as sought herein.

Respectfully submitted:                                          Reviewed and approved:

by: _Pascual Linarez_                                            _Lorena Gonzalez_
Pascual Linarez                                                  Lorena Gonzalez
U.S. Probation officer                                           Supervisory U.S. Probation Officer
(760) 339-4202

**THE COURT ORDERS:**

   X   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE.

_____   OTHER _____

_____                          4/18/2023
The Honorable Cathy Ann Bencivengo                               Date
U.S. District Judge